Scott W. Pink
DLA Piper Rudnick Gray Cary US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814
(916) 930-3200

# UNITED STATES DISTRIC COURT, EASTERN DISTRICT OF CALIFORNIA

Carson Medical Group

　　　　　　　　　　Plaintiff(s)

v.

VantageMed Corporation

　　　　　　　　　　Defendant(s).

CASE NUMBER:

2:06-cv-00460 FCD GGH

## SUBSTITUTION OF ATTORNEY

__VantageMed Corporation__   [ ] Plaintiff   [X] Defendant   [ ] Other _____
*Name of Party*

hereby substitutes __SCOTT W. PINK, DLA PIPER RUDNICK GRAY CARY US LLP__ who is
　　　　　　　　　　　　　　　　　　　*Street Address*

[X] Retained Counsel   [ ] Court Appointed Counsel   [ ] In Pro Per   __400 Capitol Mall, Ste., 2400__
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　*Street Address*

__Sacramento, CA 95814__   __(916) 930-3200__   __(916) 930-3201__   __122383__
*City, State, ZIP Code*　*Telephone Number*　*Facsimile Number*　*State Bar Number*

as attorney of record in place and stead of __ADAM P. BOWLER, DLA PIPER RUDNICK GRAY CARY US LLP__
　　　　　　　　　　　　　　　　　　　　　　　　　　　*Present Attorney*

Dated: March 21, 2006　　　　　　　　　　/s/ Philip Ranger (Original signature retained by Scott Pink)
　　　　　　　　　　　　　　　　　　　　　　　　　*Signature of Party*
　　　　　　　　　　　　　　　　　　　　Philip Ranger, VantageMed Corporation

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: March 21, 2006　　　　　　　　　　/s/ Adam P. Bowler
　　　　　　　　　　　　　　　　　　　　　　*Signature of Present Attorney*
　　　　　　　　　　　　　　　　　　　　DLA PIPER RUDNICK GRAY CARY US LLP

I am duly admitted to practice in the District pursuant to Local Rule 83-2-8.

Dated: March 21, 2006　　　　　　　　　　/s/ Scott W. Pink
　　　　　　　　　　　　　　　　　　　　　　*Signature of New Attorney*
　　　　　　　　　　　　　　　　　　　　DLA PIPER RUDNICK GRAY CARY US LLP

Substitution of Attorney is hereby granted.   [X] **Approved**   [ ]

Dated: March 23, 2006　　　　　　　　　　/s/ Frank C. Damrell Jr.
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile or e-mail address. This form, as well as information about the Optical Scanning Program is available on the Court's website at* www.csed.uscourts.gov.

## SUBSTITUTION OF ATTORNEY

G-01 (08/02)　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　G01

SA\8060678.1
331603-15