Scott W. Pink
DLA Piper Rudnick Gray Cary US LLP
400 Capitol Mall, Suite 2400
Sacramento, CA 95814
(916) 930-3200

## UNITED STATES DISTRIC COURT, EASTERN DISTRICT OF CALIFORNIA

| Carson Medical Group | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:06-cv-00460 FCD GGH |
| v. | |
| VantageMed Corporation | |
| Defendant(s). | **SUBSTITUTION OF ATTORNEY** |

\_\_\_\_VantageMed Corporation\_\_\_\_  [ ] Plaintiff  [X] Defendant  [ ] Other _____
*Name of Party*

hereby substitutes   SCOTT W. PINK, DLA PIPER RUDNICK GRAY CARY US LLP   who is
*Street Address*

[X] Retained Counsel   [ ] Court Appointed Counsel   [ ] In Pro Per   400 Capitol Mall, Ste., 2400
*Street Address*

Sacramento, CA 95814      (916) 930-3200      (916) 930-3201      122383
*City, State, ZIP Code*   *Telephone Number*   *Facsimile Number*   *State Bar Number*

as attorney of record in place and stead of   ADAM P. BOWLER, DLA PIPER RUDNICK GRAY CARY US LLP
*Present Attorney*

Dated: March 21, 2006                /s/  Philip Ranger (Original signature retained by Scott Pink)
*Signature of Party*
Philip Ranger, VantageMed Corporation

I have given proper notice pursuant to Local Rule 83-2.9.2 and further consent to the above substitution.

Dated: March 21, 2006                /s/ Adam P. Bowler
*Signature of Present Attorney*
DLA PIPER RUDNICK GRAY CARY US LLP

I am duly admitted to practice in the District pursuant to Local Rule 83-2-8.

Dated: March 21, 2006                /s/ Scott W. Pink
*Signature of New Attorney*
DLA PIPER RUDNICK GRAY CARY US LLP

Substitution of Attorney is hereby granted.   [X]  **Approved**   [ ]

Dated: March 23, 2006       /s/ Frank C. Damrell Jr.
**United States District Judge**

**NOTICE TO COUNSEL:** *If you are currently enrolled in the Optical Scanning Program and have changed your facsimile number or e-mail address since your enrollment, you must complete Enrollment/Update Form G-76 to ensure that documents are served at the proper facsimile or e-mail address. This form, as well as information about the Optical Scanning Program is available on the Court's website at* www.csed.uscourts.gov.

**SUBSTITUTION OF ATTORNEY**

G-01 (08/02)                                                                 G01

SA\8060678.1
331603-15