1  MARK A. WASSER, State Bar No. 60160
   RONALD J. SCHOLAR, State Bar No. 187948
2  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   A Professional Corporation
3  400 Capitol Mall, 27th Floor
   Sacramento, CA  95814-4416
4  Telephone: (916) 321-4500
   Facsimile:  (916) 321-4555
5
   Attorneys for Plaintiff and Cross-Defendant CARSON
6  MEDICAL GROUP

7  SCOTT W. PINK (Bar No. 122383)
   RAJIV DHARNIDHARKA (Bar No. 234756)
8  **DLA PIPER RUDNICK GRAY CARY US LLP**
   400 Capitol Mall, Suite 2400
9  Sacramento, CA  95814-4428
   Tel:  916.930.3200
10 Fax:  916.930.3201

11 Attorneys for Defendant and Counter-Claimant
   VANTAGEMED CORPORATION
12

13                UNITED STATES DISTRICT COURT

14                EASTERN DISTRICT OF CALIFORNIA

15

| CARSON MEDICAL GROUP, | CASE NO. 2:06-CV-00460 FCD GGH |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE** |
| VANTAGEMED CORPORATION, | |
| Defendant. | |

Plaintiff and Counter-Defendant Carson Medical Group ("CMG") and Defendant and Counter-Claimant VantageMed Corporation ("VantageMed"), hereby stipulate to dismissing the entire action between them, including the complaint and the counterclaim, with prejudice, with each party to bear its own attorney's fees and costs.

-1-

STIPULATION ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE

1  Dated: November __, 2006          KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                     A Professional Corporation

                                     By _____
                                     RONALD J. SCHOLAR
                                     Attorneys for Plaintiff and Counter-Defendant
                                     CARSON MEDICAL GROUP

   Dated: November __, 2006          DLA PIPER RUDNICK GRAY CARY US LLP

                                     By _____
                                     SCOTT W. PINK
                                     Attorneys for Defendant and Counterclaimant
                                     VANTAGEMED CORPORATION

   **IT IS SO ORDERED.**

   Dated: November 16, 2006

                                     _____
                                     FRANK C. DAMRELL, JR.
                                     UNITED STATES DISTRICT JUDGE